# EXHIBIT 2



*The Peabody Galleria*



THE LEGEND OF THE DUCKS

In the 1930s, Frank Schutt, General Manager of The Peabody, and a friend, Chip Barwick, returned from a weekend hunting trip to Arkansas. The men had a little too much Tennessee sippin' whiskey and thought it would be funny to place some of their live decoy ducks (live decoys were legal at the time) in the beautiful Peabody fountain. Three small English call ducks were selected as "guinea pigs," and the reaction was nothing short of enthusiastic. Thus began a Peabody tradition which was to become internationally famous.



## Grand Beginnings

Nearly 140 years ago, Tennessean Robert Brinkley built The Peabody Hotel as an opulent enclave to epitomize the finest traditions of the South. Here, local gentry could congregate in lavish comfort, and ladies could meet and greet for afternoon tea. Today, that proud history of excellence is reflected throughout each Peabody Hotel in its dazzling public spaces, its inviting guestrooms, and its handpicked selection of accessories and gifts. We invite you to peruse this collection and acquire a piece of The Peabody tradition for yourself or a friend.

*While Peabody guests may first be drawn to the hotel's*



*elegant environs and charming history, they return year after year to enjoy its sumptuous comfort. On these pages, you will find boudoir accompaniments to provide you with idyllic days and sweet-dream nights.*



*Peabody Cotton Throw*  The generously sized Peabody throw takes the chill off winter evenings; its rich color palette complements any décor. Engaging duck pattern is a Peabody exclusive. 100% cotton; machine washable.  54" x 70"  $80.00



*Cotton Pajamas*  Perfect for lounging or blissful slumber, these 300-thread count, 100% Egyptian cotton PJs with mother of pearl buttons adding a touch of elegance. White on white stripe; machine wash and dry. SM, MED, LG, XLG  $125.00

*Duck Accent Pillow*  The Peabody accent pillow, embroidered with our triple-duck insignia, adds an elegant finishing touch to your bedroom ensemble.  BUTTERNUT  $75.00





## Soft Slumbers





*Peabody Dream Bed*  Sink into the ultimate indulgence of the famed Peabody sleep experience. Our plush pillow-top mattress and precision-engineered box spring provide years of optimal support and supreme comfort. Call our toll-free number for shipping costs and delivery information.  KING $1,400.00; CALIFORNIA KING $1,400.00; QUEEN $1,200.00; FULL $1,000.00; TWIN $800.00

*Touch of Down Pillow*  This exclusive two-chamber feather and down pillow provides maximum sleeping comfort. Substantial interior chamber of feathers and down is surrounded by a separate chamber of luxurious pure down for superior comfort and optimum neck and spine alignment. STANDARD $55.00; KING $70.00

*Down Blanket*  Duck down blanket with 100% cotton, 230-thread count cover. Machine washable. KING $200.00; QUEEN $175.00



*'Peabody Duck' Linens*  Three embroidered ducks add a touch of Peabody elegance to our striped, tone-on-tone bed linens. Classic design harmonizes with any décor; easy care, poly-cotton fabric affords years of comfortable use. Available in King and Queen size. KING FLAT $95.00; QUEEN FLAT $85.00;  KING FITTED $60.00; QUEEN FITTED $50.00;  KING DUVET COVER $165.00; QUEEN DUVET COVER $145.00;  KING PILLOW CASE $50.00; STANDARD PILLOW CASE $40.00

*To place an order, please call* 1.877.399.9998 *or visit us online at* ThePeabodyGalleria.com

## Bath Essentials



*Waffle Weave Robe*  Ultra soft against the skin, yet substantial enough for comfort, the Peabody robe features a 100% cotton, waffle-weave construction favored by our guests. A Peabody insignia adds the crowning touch. Machine wash and dry. Measures 54" long.  ONE SIZE FITS MOST  $60.00

*Lounge Chair Pool Towel*  Add a note of luxury to beach or poolside with this oversized, 100% cotton terry towel embroidered with three Peabody ducks.  $55.00

*Peabody Spa Gift Set*  Give the gift of personal indulgence with the Peabody collection of bath and body essentials. Full-sized bottles of botanically enriched bath gel, shampoo, conditioner, and body lotion are accompanied by three whimsical duck soaps and a botanical bath bar that soothes and moisturizes. Attractively packaged in a keepsake Peabody cannister.  $65.00




*To place an order, please call* 1.877.399.9998
*or visit us online at* ThePeabodyGalleria.com





*Peabody Bath Gel*  Cleanse your body - an exclusive blend of 150 botanical essences define this unique fragrance.  8 OUNCE $14.00

*Peabody Conditioner*  Excellent for all hair types, this daily conditioner rinses out easily and protects from heat, styling and the environment.  8 OUNCE $14.00

*Peabody Lotion*  Moisturize your body to supreme softness with this luxurious lotion composed of botanical essences.  8 OUNCE $16.00

*Peabody Shampoo*  Experience a unique sensation when you use this fragrant, botanical hair shampoo.  8 OUNCE $14.00

*Peabody Duck Soap Gift Pack*  Show your friends the red-carpet treatment with our quartet of duckling soaps.  SET OF FOUR $18.00

*Peabody Framed Art*  This limited-edition print from world-renowned artist Patricia Buckley Gotwols portrays a live duck ready to fall into step with his rubber ducky friends. Rustic wood frame complements the cheerful design.  12 1/2" x 23 3/4" x 70"  $325.00



*The Peabody's bath essentials are infused with fine botanicals to nourish and rejuvenate your soul. Our bath accessories are both playful and practical, whether they are enriching a personal bathing haven, adorning a guest bath, or adding a splash of kids' bath time fun.*

*Whether you are a frequent guest who yearns for that*



*Peabody touch, a fan of all things ducky, or a connoisseur of life's finer pleasures, you will find something in our gift collection to please.*



*Crystal Ducks*   Gracefully crafted and imminently collectible, our Oiva Toikka crystal ducks are an engaging conversation piece for tabletop or mantle. Each duck is individually mouth-blown in Finland, resulting in unique coloring and markings that enhance its appeal. Both Mr. and Mrs. Duck are museum quality and measure approximately 4 1/2" high x 7 3/4" long.
MALE $240.00 OR FEMALE $245.00.

*Mallard Duck Limoges*   From one of France's leading designers comes this exquisitely detailed Limoges box depicting a perennial Peabody favorite, the Mallard duck. Each hand-painted, hand-numbered box is from a limited-edition of 1000, gift boxed with a Certificate of Authenticity. BOX MEASURES 2 1/2" x 1 3/4"   $240.00



# Bake Shop





*Peabody Steak Knives*   These generously serrated knives slice through thick steaks with ease. Each features corrosion-resistant stainless steel blade and an ergonomic, oversized design. Set of four is handsomely displayed in Peabody-crested gift box. BOXED SET OF 4 $65.00

*Dessert Shooters*   Diminutive desserts take on an undeniable air of elegance when you serve them in our gently fluted, 2.5 ounce Dessert Shooters. An attractive stainless steel caddy holds the set. Includes recipes.   SET OF 10 WITH CADDY $80.00

*Copper Cookie Cutter Set*   Chefs of all ages will find our polished copper cookie cutters irresistible. The set of two (momma and baby duck) comes packaged with the official Peabody Duck Cookie recipe. (Scrumptious!) Handcrafted, they will add charm to your kitchen when not in use.   SET OF 2 $25.00

## Official Peabody Recipes

Visit **ThePeabodyGalleria.com** to view the Official Peabody Duck recipe and the famous dessert shooter recipes.




*To place an order, please call 1.877.399.9998 or visit us online at ThePeabodyGalleria.com*

## Peabody Gifts



*The Peabody Ducks*  This hardcover book, which tells the story of the famous Peabody Ducks, will be a delightful addition to any child's collection. Richly illustrated with both color and black and white drawings, the keepsake will enchant children of all ages. $28.00

*John Philip Duck*  Patricia Polacco's endearing and imaginative tale of how a boy and his wild duck grew up to become the first Peabody Duckmaster and marching duck. Woven from bits of the actual story, the book captures the joy of childhood achievement in both text and illustrations. It will delight and inspire ages kindergarten to 4th grade. $17.00

*Peabody Scarf*  Measuring 10" wide by a generous 45" long, our 100% silk scarf features a collage of brilliantly colored waterfowl. It makes an appealing accent for any fashion, from winter coats to summer dresses. $110.00

*Duck Tie*  Our 100% silk twill ties go from boardroom to brunch with equal ease and sport the Peabody logo on the back. Your choice of stylish yellow or classic blue. Traditional dimensions are 3 3/4" wide by 57" long. $110.00





To place an order, please call 1.877.399.9998 or visit us online at ThePeabodyGalleria.com



## The Tradition Continues

What began as the South's most luxurious hostelry is now a collection of world-class hotels. Each hotel defines classic elegance in its own unique way. Where once the halls of The Peabody were the domain of the privileged elite, today they welcome with gracious hospitality and enduring charm all who enter. We look forward to sharing our traditions with you and your family soon.





*Memphis*     *Orlando*     *Little Rock*

*The Peabody Memphis*
149 Union Avenue • Memphis, Tennessee 38103 • 901.529.4000

*The Peabody Orlando*
9801 International Drive • Orlando, Florida 32819 • 407.352.4000

*The Peabody Little Rock*
Three Statehouse Plaza • Little Rock, Arkansas 72201 • 501.906.4000



Peabody HOTELS
MEMPHIS • ORLANDO • LITTLE ROCK

*To order, please call* 1.877.399.9998
*or visit us online at* ThePeabodyGalleria.com